# Third District Court of Appeal

## State of Florida

Opinion filed December 10, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2016
Lower Tribunal No. 22-8793-CA-01
_____

**Steven W. Zelkowitz,**
Appellant,

vs.

**GrayRobinson, P.A., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Levine Kellogg Lehman Schneider + Grossman LLP, and Lawrence A. Kellogg and Jezabel P. Lima, for appellant.

DownsAaron, PLLC, and Mayanne Downs, Brock Magruder, Savannah Clifton, and Joshua Bachman (Orlando), for appellee.

Before LINDSEY, BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed.